# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

## No. ACM 39006

————————————

## UNITED STATES
*Appellee*

**v.**

## Todd M. GETZ
Staff Sergeant (E-5), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 22 February 2017

————————————

*Military Judge:* Donald R. Eller (arraignment); Natalie D. Richardson.

*Approved sentence:* Dishonorable discharge, confinement for 6 years, forfeiture of all pay and allowances,[1] and reduction to E-1. Sentence adjudged 11 November 2015 by GCM convened at Aviano Air Base, Italy.

*For Appellant:* Major Mark C. Bruegger, USAF, and Captain Kevin R. Cayton, USAF.

*For Appellee:* Major Jeremy D. Gehman, USAF, and Gerald R. Bruce, Esquire.

Before MAYBERRY, SPERANZA, and JOHNSON, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

—————

[1] In accordance with a pretrial agreement and for the benefit of Appellant's family, the convening authority deferred the adjudged forfeitures until action and waived mandatory forfeitures for a period of six months, Appellant's release from confinement, or the expiration of Appellant's term of service, whichever was less.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), UCMJ, 10 U.S.C. §§ 859(a), 866(c). Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

KURT J. BRUBAKER
Clerk of the Court